1 | **RIMAC & MARTIN**
  | **a Professional Corporation**
2 | JOSEPH M. RIMAC, ESQ. - SBN 72381
  | WILLIAM REILLY, ESQ. - SBN 177550
3 | w_reilly@rimacmartin.com
  | 1051 Divisadero Street
4 | San Francisco, California 94115
  | Telephone: (415) 561-8440
5 | Facsimile:   (415) 561-8430

6 | Attorneys for Defendant
7 | MULTINATIONAL UNDERWRITERS, LLC

FILED
07 OCT 29 PM 1:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

C 07 5497  RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STANFORD HOSPITAL AND CLINICS, a California non-profit public benefit corporation, | ) ) ) | Case No. |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| MULTINATIONAL UNDERWRITERS, INC. a for profit corporation; and DOES 1 through 25, inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

   The undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

/ / /

/ / /

/ / /

/ / /

---

**CERTIFICATION OF INTERESTED
PARTIES OR ENTITIES**                              1

1. Stanford Hospital and Clinics, plaintiff.
2. MultiNational Underwriters, LLC, defendant.

DATED: October 29, 2007    By: *[signature]*

RIMAC & MARTIN
A Professional Corporation

WILLIAM REILLY
Attorneys for Defendant
MULTINATIONAL UNDERWRITERS, LLC
(erroneously sued herein as "Multinational Underwriters, Inc.")

CERTIFICATION OF INTERESTED
PARTIES OR ENTITIES                    2