-1-

1  **RIMAC & MARTIN**
   A Professional Corporation
2  JOSEPH M. RIMAC (SBN 72381)
   WILLIAM REILLY (SBN 177550)
3  RIMAC & MARTIN, P.C.
   1051 Divisadero Street
4  San Francisco, CA 94115
   Telephone:  (415) 561-8440
5  Facsimile:   (415) 561-8430
   w_reilly@rimacmartin.com
6
   Attorneys for Defendant
7  MULTINATIONAL UNDERWRITERS, LLC

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11                                              *E-FILING*

12  STANFORD HOSPITAL AND CLINICS,    )
                                      )   CASE NO.  C 07-05497 RS
13              Plaintiff,            )
                                      )   **PROOF OF SERVICE BY MAIL
14       vs.                          )   OF INITIAL COURT DOCUMENTS**
                                      )
15  MULTINATIONAL UNDERWRITERS, INC.  )
                                      )
16              Defendants            )
                                      )
17  ─────────────────────────────────

18

19

20

21

22

23

24

25

26

27

28

---

PROOF OF SERVICE BY MAIL OF INITIAL
DISTRICT COURT DOCUMENTS                          -1-                    CASE NO. C 07-05497 RS

# PROOF OF SERVICE BY MAIL

I am employed at 1051 Divisadero Street, San Francisco, California 94115. I am over the age of 18 years and am not a party to this action.

On November 1, 2007, I served the within **U.S. DISTRICT COURT GUIDELINES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE AND CONSENT FORMS; ECF REGISTRATION INFORMATION HANDOUT** on the interested parties hereto by placing said document in an envelope thereafter sealed with first class postage fully prepaid thereon, and depositing same with the U.S. Postal Service at San Francisco, California, addressed as follows:

Leo Luevanos, Esq.
STEPHENSON, ACQUISTO & COLMAN
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 1, 2007, at San Francisco, California.

Karl H. Plischke

---

-2-

PROOF OF SERVICE BY MAIL OF INITIAL
DISTRICT COURT DOCUMENTS                                          CASE NO. C 07-05497 RS