**RIMAC & MARTIN**
A Professional Corporation
JOSEPH M. RIMAC (SBN 72381)
WILLIAM REILLY (SBN 177550)
RIMAC & MARTIN, P.C.
1051 Divisadero Street
San Francisco, CA 94115
Telephone:  (415) 561-8440
Facsimile:  (415) 561-8430
w_reilly@rimacmartin.com

Attorneys for Defendant
MULTINATIONAL UNDERWRITERS, LLC
(Erroneously sued herein as "Multinational
Underwriters, Inc.")

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

# E-FILING

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS,     ) | **CASE NO.  C 07-05497 RS** |
|        Plaintiff,     ) | **DEFENDANT'S DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| vs.     ) | |
| MULTINATIONAL UNDERWRITERS, INC.     ) | |
|        Defendants     ) | |

**TO THE HONORABLE COURT AND THE INTERESTED PARTIES HERETO:**

NOTICE IS HEREBY GIVEN that defendant MULTINATIONAL UNDERWRITERS, LLC, respectfully declines to proceed before a U.S. Magistrate Judge in this proceeding and requests the matter be assigned to an United States District Court Judge.

RIMAC & MARTIN, P.C.

DATED:  November 1, 2007    By:    _/s/ **WILLIAM REILLY**_____
WILLIAM REILLY
Attorneys for Defendant
MULTINATIONAL UNDERWRITERS, LLC
(Erroneously sued herein as "Multinational
Underwriters, Inc.")

**-1-**

1

**PROOF OF SERVICE BY MAIL**

2      I am employed at 1051 Divisadero Street, San Francisco, California 94115.  I am over the

3  age of 18 years and am not a party to this action.

4      On November 1, 2007, I served the within **DEFENDANT'S DECLINATION TO**

5  **PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on the interested parties

6  hereto by placing said document in an envelope thereafter sealed with first class postage fully

7  prepaid thereon, and depositing same with the U.S. Postal Service at San Francisco, California,

8  addressed as follows:

9  Leo Luevanos, Esq.
   STEPHENSON, ACQUISTO & COLMAN
10 303 N. Glenoaks Blvd., Suite 700
   Burbank, CA  91502
11

12     I declare under penalty of perjury under the laws of the United States of America that the

13 foregoing is true and correct.

14     Executed November 1, 2007, at San Francisco, California.

15

16

17        /s/ **KARL H. PLISCHKE**
          Karl H. Plischke

18

19

20

21

22

23

24

25

26

27

28

-2-