UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STANDFORD HOSPITAL AND CLINICS,

        Plaintiff,

  v.

MULTINATIONAL UNDERWRITERS INC. et al,

        Defendant.

Case Number: CV07-05497 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leo Luevanos
Stephenson, Acquisto & Colman
303 North Glenoaks Blvd
Suite 700
Burbank, CA 91502

Dated: November 2, 2007

                                    Richard W. Wieking, Clerk
                                    By: Tiffany Salinas-Harwell, Deputy Clerk