UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS,<br><br>            Plaintiff,<br><br>    v.<br><br>MULTINATIONAL UNDERWRITERS INC.<br>et al,<br><br>            Defendant._____/ | Case Number: CV07-05497 JF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph M. Rimac
Rimac & Martin, P.C.
1051 Divisadero Street
San Francisco, CA 94115

Dated: November 2, 2007

                                                            Richard W. Wieking, Clerk
                                                            By: Tiffany Salinas-Harwell, Deputy Clerk