1  **RIMAC & MARTIN**
   A Professional Corporation
2  JOSEPH M. RIMAC (SBN 72381)
   WILLIAM REILLY (SBN 177550)
3  1051 Divisadero Street
   San Francisco, CA 94115
4  Telephone:  (415) 561-8440
   Facsimile:   (415) 561-8430
5  *josephrimac@rimacmartin.com*
   *w_reilly@rimacmartin.com*
6

7  Attorneys for Defendant
   MULTINATIONAL UNDERWRITERS, LLC

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12

13                                                    **E-FILING**

14 STANFORD HOSPITAL AND CLINICS,        )
                                         )   **CASE NO.  C 07-05497 JF**
15             Plaintiff,                )
                                         )   **DECLARATION OF COUNSEL**
16     vs.                               )   **SUPPORTING MOTION TO DISMISS**
                                         )
17 MULTINATIONAL UNDERWRITERS, INC.      )
                                         )
18             Defendants                )
                                         )
19 ─────────────────────────────────────

20                       **DECLARATION OF COUNSEL**

21     I, Joseph M. Rimac, declare as follows:

22     1.     I am an attorney at law duly licensed to practice in the state of California and

23 before this Court.  I am employed by the law firm of Rimac & Martin, counsel of record for

24 defendant MULTINATIONAL UNDERWRITERS, LLC in the captioned action.

25     2.     I have personal knowledge of the facts set forth herein and can testify competently

26 thereto if requested to do so.

27     3.     Attached hereto as Exhibit A is a true and correct copy of a letter dated September

28 20, 2005 addressed to plaintiff's counsel by defendant MNU (the patient's name has been

-1-
**DECLARATION OF COUNSEL**
**SUPP. MOT. TO DISMISS**                                   **CASE NO. C 07-05497 JF**

1  redacted).  That letter, which is contained in the claim file, states: "We received your client's
2  claim for the above patient on July 19, 2005, and denied same on July 28, 2005."

4      I declare under penalty of perjury of the laws of the United States of America that the
5  foregoing is true and correct.   Executed this 21st day of November, 2007 in San Francisco,
6  California.

9  DATED:  November 21, 2007    By:    /s/  **JOSEPH M. RIMAC**
    JOSEPH M. RIMAC

**Exhibit 'A'**

September 20, 2005

Stephenson, Acquisto & Colman
303 North Glenoaks Blvd., Suite 700
Burbank, CA 91502

RE:    Your File No. 10006436660
        Patient:

Dear Ms. Skier,

This is in response to your letter of September 2, 2005.

We received your client's claim for the above patient on July 19, 2005, and denied same on July 28, 2005. This insurance does not provide coverage for claims incurred within the United States or Canada.

Please contact us if you have additional questions.

                        Sincerely,

                        MULTINATIONAL UNDERWRITERS, INC.
                        CLAIM SERVICE DEPARTMENT