**RIMAC & MARTIN**
A Professional Corporation
JOSEPH M. RIMAC (SBN 72381)
WILLIAM REILLY (SBN 177550)
KEVIN G. GILL (SBN 226819)
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430
*josephrimac@rimacmartin.com*
*w_reilly@rimacmartin.com*
*kgill@rimacmartin.com*

Attorneys for Defendant
MULTINATIONAL UNDERWRITERS, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

***E-FILING***

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS,<br>Plaintiff,<br>vs.<br>MULTINATIONAL UNDERWRITERS, INC.<br>Defendants | **CASE NO. C 07-05497 JF**<br><br>**DECLARATION OF JON PADGETT SUPPORTING THE REPLY ON DEFENDANT'S MOTION TO DISMISS** |

**DECLARATION OF JON PADGETT**

I, Jon Padgett, declare as follows:

1. I am the Compliance Manager for MultiNational Underwriters, LLC ("MNU"), defendant in the captioned matter. I am one of the individuals responsible for handling the claim for payment of plaintiff Stanford Hospital under an International travel health insurance certificate (the "Certificate") issued by Certain Underwriters at Lloyd's London. As such, I have personal knowledge of the facts stated in this declaration, all of which are true and correct.

2. The Certificate was issued to a United States citizen to provide coverage during travel outside the United States and Canada. The Certificate does not provide coverage for treatment received within the United States or Canada.

3. Attached hereto as Exhibit A is a true and correct copy of a letter dated September 20, 2005 addressed to plaintiff's counsel by MNU (the patient's name has been redacted). That letter, which is contained in the claim file, states: "We received your client's claim for the above patient on July 19, 2005, and denied same on July 28, 2005."

4. Attached hereto as Exhibit B is a true and correct copy of a record indicating that an explanation of benefits and claim denial was printed on July 28, 2005 and forwarded to plaintiff Stanford Hospital and Clinics (the patient's name has been redacted).

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of January, 2008 in Indianapolis, Indiana.

By: [signature]

JON PADGETT

**Exhibit 'A'**

September 20, 2005

Stephenson, Acquisto & Colman
303 North Glenoaks Blvd., Suite 700
Burbank, CA 91502

RE: Your File No. 10006436660
    Patient:

Dear Ms. Skier,

This is in response to your letter of September 2, 2005.

We received your client's claim for the above patient on July 19, 2005, and denied same on July 28, 2005. This insurance does not provide coverage for claims incurred within the United States or Canada.

Please contact us if you have additional questions.

                Sincerely,

                MULTINATIONAL UNDERWRITERS, INC.
                CLAIM SERVICE DEPARTMENT

# Exhibit 'B'

HBMS

File Edit Options Tools Help

Genelco Claims+

genelco.com

04 Jan 2008 HBMS 6.0.1 PRODUCTION 9:57:29

PROVIDER PAYMENT LIST CARS10DE

Exit Back

List Benefit Lines

Display Patient Number

Claim Number 05200 0020 J Group IC2005 POL: 2590544 Dep Seq

Claimant Last Name First MI

Select

| Provider Name | P S | A N | Paid Date | Issued Date | Provider Check Number | Provider Check Amount | Employee Check Number | Employee Check Amount |
|---|---|---|---|---|---|---|---|---|
| STANFORD ME | I | | 07/28/05 | 07/28/05 | | | | |

Claim total

Print Screen

General Help

Last Provider Payment displayed for this claim