# UNITED STATES DISTRICT COURT

### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, Janaury 18, 2008
**Case Number:** CV-07-5497-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**        **STANFORD HOSPITAL AND CLINICS  V.  MULTINATIONAL UNDERWRITERS**

| PLAINTIFF | DEFENDANT |
|-----------|-----------|

**Attorneys Present: Eligio Luevanos**                    **Attorneys Present: Kevin Gill**

---

PROCEEDINGS:

     Hearing on Motion to Dismiss held.  Parties are present. The motion is taken under submission.