## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, February 22, 2008
**Case Number:** CV-07-5497-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**   **STANFORD HOSPITAL AND CLINICS  V.  MULTINATIONAL UNDERWRITERS**

|  PLAINTIFF  |  DEFENDANT  |
|---|---|
| Attorneys Present: Eligio Luevanos | Attorneys Present: Kevin Gill |

PROCEEDINGS:
   Case management conference held.  Parties are present. Continued to 5/23/08 at 10:30 a.m. for further case management conference.