# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Stanford Hospital And Clinics,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Multinational Underwriters, Inc.,<br><br>　　　　　Defendant(s). | 07-05497 JF MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **David A. Levy**
> Office of the San Mateo County Counsel
> 400 County Center
> 6th Floor
> Redwood City, CA 94063
> 650-363-4756
> dlevy@co.sanmateo.ca.us

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05497 JF MED　　　　　　　　　　　　　- 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: March 3, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05497 JF MED                                    - 2 -