*Please respond to: (650) 363-4756*

March 5, 2008

**Via Electronic Mail Only**

| | |
|---|---|
| Barry Sullivan, Esq. | Joseph M. Rimac, Esq. |
| Eligio Jose Luevanos, Esq. | William Bernard Reilly, Esq. |
| Joy Young Stephenson, Esq. | Kevin Gregory Gill, Esq. |
| Stephenson, Acquisto & Colman | **Rimac & Martin** |
| 303 M. Glenoaks Blvd., Suite 700 | 1051 Divisadero Street |
| Burbank, California 91502 | San Francisco, California 94115 |
| | |
| **Counsel for Plaintiff:** | **Counsel for Defendant:** |
| **Stanford Hospital and Clinics** | **Multinational Underwriters, Inc.** |

Re:  *Stanford Hospital and Clinics v. Multinational Underwriters, Inc.*
     <u>USDC No: C 07-05497 JF</u>

Dear Counsel:

As you know, I have been appointed by the U.S. District Court to serve as the mediator in this case under the court's Mediation program. Pursuant to ADR L.R. 6-6, the parties are required to conduct a pre-mediation conference call during which counsel and I will discuss the following issues/matters:

- the procedures to be followed;
- the nature of the case;
- appropriate dates for the mediation and anticipated length of the session;
- the parties who will be present at the session;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
- requirements for your written mediation statements; and
- any questions you might have about the mediation program.

I anticipate that the telephone conference will last approximately one-half hour. I would greatly appreciate if one of you would take the lead in arranging the telephone conference call. Prior to our telephone conference, please ascertain from your clients and principals a selection of dates upon which the mediation may be conducted. Please be sure to review carefully ADR L.R. 6 which governs the Mediation program. The final date that the mediation can be held is **May 22, 2008**.

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

I look forward to working with you and your clients on this case.

Barry Sullivan, Esq.
Joseph M. Rimac, Esq.
March 5, 2008
Page 2

                              Very truly yours,

                              MICHAEL P. MURPHY, COUNTY COUNSEL


                              By: ___
                                  David A. Levy, Deputy

MPM:DAL/mc

cc:    <u>Via Electronic Mail</u>
        Alice M. Fiel - ADR Case Administrator
        Alice_Fiel@cand.uscourts.gov

N:\7-5947USDC MEDLtr to Cou-Pre-Phone Conf.doc