*Please respond to: (650) 363-4756*

March 10, 2008

**Via Fax Only**

| | |
|---|---|
| Leo Luevanos, Esq. | Joseph M. Rimac, Esq. |
| **Stephenson, Acquisto & Colman** | Kevin Gregory Gill, Esq. |
| 303 M. Glenoaks Blvd., Suite 700 | **Rimac & Martin** |
| Burbank, California 91502 | 1051 Divisadero Street |
| Fax No.: (818)559-5484 | San Francisco, California 94115 |
| | Fax No.: (415)561-8430 |

<u>Counsel for Plaintiff:</u>         <u>Counsel for Defendant:</u>
**Stanford Hospital and Clinics**         **Multinational Underwriters, Inc.**

      *Re:     Stanford Hospital and Clinics v. Multinational Underwriters, Inc.*
            *<u>USDC No: C 07-05497 JF</u>*

Dear Counsel:

      This will confirm that we have scheduled the Mediation in this case for **Tuesday, May 13, 2008** at **9:30 a.m.** We are *tentatively* going to meet at the U.S. District Court, 450 Golden Gate Avenue in San Francisco. All participants are to check in at the ADR Office, Room 16-6892 on the 16th floor; please be aware that everyone entering the Federal Building must have valid I.D., such as a driver's license. All named parties are required to attend, unless prior written permission is given by Magistrate Judge Wayne Brazil. Counsel for Multinational Underwriters stated they will be seeking permission from Judge Brazil to excuse the personal attendance of their client representative and will request that individual attend via telephone conference call; counsel for Stanford will determine his client's position on that issue, and will advise Mr. Rimac or Mr. Gill. We have agreed that in the event Judge Brazil permits the Multinational Underwriters representative (located in Indiana) to participate by telephone, we will probably move the location of the session to my office in Redwood City. I have suggested the parties apply to Judge Brazil as soon as possible so we can confirm the location of the mediation session.

      The parties do not believe that discovery is absolutely required for a meaningful mediation to take place in May, although some written discovery might be propounded prior to that time.

Please make sure that the written statements described in ADR Local Rule 5-8 are exchanged and in my office no later than **5:00 p.m.** on **Thursday, May 8, 2008** (the Local Rules do require 10 days' notice, but as we discussed, as long as they are received and exchanged by that date, we should all have ample opportunity to be prepared for the mediation hearing. Although I do not have the authority to order it, I asked you to please give your clients a copy of your own mediation statement, and that of your opponent. It helps the clients better understand the positions of all parties.) Please include any key documents that you believe will be helpful to me in evaluating the case. If there are particular legal issues, please cite to the key cases, so I can review them in preparation for the mediation hearing. Also, the more focused the written statements are regarding the contested facts and legal issues in the case, the better prepared we will all be and the more meaningful our session will be. As we discussed, please feel free to e-

Leo Luevanos, Esq.
Joseph. Rimac, Esq.
Kevin Gill, Esq.
March 10, 2008
Page 2

mail the statements, so long as I receive them by May 8th at 5:00 p.m. If there are documents you wish me to review, please either scan them and attach them to the e-mail, or mail them ahead of time. If the documents are voluminous please don't attach them to the e-mail, but instead kindly drop them in the mail to me and to opposing counsel.

Please prepare for the session by discussing each of the following items with your clients:

- The strengths and weaknesses of your case

- The probable outcome if the case proceeds to trial

- Your plans for discovery and motions

- Your clients' goals, needs and priorities

- Your clients' best and worst alternative to a negotiated settlement; and

- Your estimated budget to litigate the case through trial

As we discussed, I will donate my preparation time and the first 4 hours of the session. After that, if you all agree to continue, I will charge the court-set rate of $200 per hour under ADR Local Rule 5-3(b) for the next 4 hours, and $300 per hour thereafter.

I look forward to meeting with you and your clients.

Very truly yours,

MICHAEL P. MURPHY, COUNTY COUNSEL


By: ___
    DAVID A. LEVY, DEPUTY

DAL/lc

cc:  Alice M. Fiel - ADR Case Administrator

N:\7-5497Stanford v. MNU Pre-Session Ltr.doc