RIMAC & MARTIN
A Professional Corporation
JOSEPH M. RIMAC (SBN 72381)
KEVIN G. GILL (SBN 226819)
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430
josephrimac@rimacmartin.com
w_reilly@rimacmartin.com
kgill@rimacmartin.com

Attorneys for Defendant
MULTINATIONAL UNDERWRITERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MULTINATIONAL UNDERWRITERS, INC. ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> _____ ) | **E-FILING** <br><br> CASE NO. C 07-05497 JF <br><br> [Proposed] ORDER GRANTING DEFENDANT'S MOTION TO APPEAR AT MEDIATION BY TELEPHONE <br><br> Date: May 20, 2008 <br> Time: 9:30 am |

For good cause appearing, Defendant's motion to appear at the mediation scheduled for May 20, 2008 by telephone is GRANTED.

DATED: 4-9-08    By: _____
                        UNITED STATES MAGISTRATE JUDGE

-1-

[Proposed] ORDER                                                                CASE NO. C 07-05497 JF