**STEPHENSON, ACQUISTO & COLMAN**
JOY Y. STEPHENSON, ESQ.   (SBN 113755)
BARRY SULLIVAN, ESQ.     (SBN 136571)
LEO LUEVANOS, ESQ.       (SBN 198372)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
STANFORD HOSPITAL AND CLINICS

**RIMAC MARTIN, PC**
JOSEPH M. RIMAC, ESQ.  (SBN 72381)
KEVIN G. GILL, ESQ.      (SBN 226819)
1051 Divisadero Street
San Francisco, CA 94115
Telephone:  (415) 561-8440
Facsimile:  (415) 561-8530

Attorneys for Defendant
MULTINATIONAL UNDERWRITERS LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS<br><br>,<br><br>            Plaintiff,<br><br>   vs.<br><br>MULTINATIONALUNDERWRITERS, LLC, a Wisconsin Limited Liability Company; and DOES 1 THROUGH 25, INCLUSIVE<br>          Defendants | E- Filing<br><br>Case No.:    C 07-05497 JF<br><br>Assigned to the Hon. Jeremy Fogel<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT (LOCAL RULE 16-10(d))**<br><br>DATE:      May 23, 2008<br>TIME:      10:30 p.m.<br>DEPT.:     Courtroom 3 |

futher jt stmt 080521.doc

Supplemental JOINT CASE MANAGEMENT STATEMENT

Plaintiff Stanford Hospital and Clinics ("Stanford") and Defendant

2 Multinational Underwriters, LLC ("MNU") submit the following Supplemental

3 Joint Case Management Report.  This report follows the initial Joint Case

4 Management Report filed by the parties on February 15, 2008.

5            On May 20, 2008, the parties participated in mediation through the

6 Court's ADR program.  The mediation was not successful.

7            The facts, legal issues, relief sought, intended discovery and intended

8 motions remain unchanged from the previous case management statement.

9

10      Dated: 21 May 2008

11

12                      STEPHENSON, ACQUISTO & COLMAN

13

14                   _____

15                        LEO LUEVANOS

16                        Attorneys for

17                 STANFORD HOSPITAL AND CLINICS

18

19

20                 RIMAC & MARTIN, PC

21

22

23                 _____

24                 Kevin Gill
                  Attorneys for

25                 MULTINATIONAL UNDERWRITERS,
                  LLC

26

27

futher jt stmt 080521.doc            Supplemental JOINT CASE MANAGEMENT
                                  STATEMENT

1

2         Plaintiff Stanford Hospital and Clinics ("Stanford") and Defendant
Multinational Underwriters, LLC ("MNU") submit the following Supplemental

3   Joint Case Management Report. This report follows the initial Joint Case

4   Management Report filed by the parties on February 15, 2008.

5         On May 20, 2008, the parties participated in mediation through the

6   Court's ADR program. The mediation was not successful.

7         The facts, legal issues, relief sought, intended discovery and intended

8   motions remain unchanged from the previous case management statement.

9

10         Dated: 21 May 2008

11

12                     STEPHENSON, ACQUISTO & COLMAN

13

14

15                       LEO LUEVANOS

16                          Attorneys for

17                STANFORD HOSPITAL AND CLINICS

18

19

20                 RIMAC & MARTIN, PC

21

22

23

24                 Kevin Gill

                    Attorneys for

25                MULTINATIONAL UNDERWRITERS,

26                LLC

27

futher jt stmt 080521.doc            Supplemental JOINT CASE MANAGEMENT
STATEMENT