```
                                                          FILED
                                                         MAY 2 2 2008

                                                        RICHARD W. WIEKING
                                                      CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA

                                                            E-filing
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Stanford Hospital And Clinics, | No. C 07-05497 JF MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Multinational Underwriters, Inc., | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __5/20/08__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __5/20/08__            _____
                              Mediator, David A. Levy
                              Office of the San Mateo County Counsel
                              400 County Center
                              6th Floor
                              Redwood City, CA 94063

**Certification of ADR Session**
07-05497 JF MED