## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, May 23, 2008
**Case Number:** CV-07-5497-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**      **STANFORD HOSPITAL AND CLINICS  V.  MULTINATIONAL UNDERWRITERS**

**PLAINTIFF**                         **DEFENDANT**

**Attorneys Present: Leo Luevanos**                    **Attorneys Present: Kevin Gill**

---

PROCEEDINGS:
   Further case management conference held.  Parties are present. The Court sets the case for bench trial on 1/12/09 at 9:00 a.m. and pretrial conference on 12/19/08 at 11:00 a.m.