| | |
|---|---|
| 1  **RIMAC & MARTIN** | **E-Filed 12/4/08** |

1  **RIMAC & MARTIN**                              \*\*E-Filed 12/4/08\*\*
   A Professional Corporation
2  JOSEPH M. RIMAC (SBN 72381)
   WILLIAM REILLY  (SBN 177550)
3  KEVIN G. GILL     (SBN 226819)
   1051 Divisadero Street
4  San Francisco, CA 94115
   Telephone:  (415) 561-8440
5  Facsimile:   (415) 561-8430
   *josephrimac@rimacmartin.com*
6
   Attorneys for Defendant
7  MULTINATIONAL UNDERWRITERS, LLC

8  **STEPHENSON, ACQUISTO & COLMAN**
   JOY Y. STEPHENSON, ESQ. (SBN 113755)
9  BARRY SULLIVAN, ESQ.     (SBN 136571)
   LEO LUEVANOS, ESQ.       (SBN 198372)
10 303 N. Glenoaks Blvd., Suite 700
   Burbank, CA 91502
11 Telephone:    (818) 559-4477
   Facsimile:     (818) 559-5484
12
   Attorneys for Plaintiff
13 STANFORD HOSPITAL AND CLINICS

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                           SAN JOSE DIVISION

18
                                                      *E-FILING*
19

20 STANFORD HOSPITAL AND CLINICS,      )
                                       )   **CASE NO. C 07-05497 JF**
21              Plaintiff,             )
                                       )   **STIPULATED REQUEST TO**
22       vs.                           )   **CONTINUE TIME TO FILE JOINT**
                                       )   **PRE-TRIAL CONFERENCE**
23 MULTINATIONAL UNDERWRITERS, INC.    )   **STATEMENT;** ~~**PROPOSED**~~ **ORDER**
                                       )
24              Defendants             )
                                       )
25                                     )
                                       )
26                                     )
                                       )
27                                     )
                                       )
28 _____ )

---

-1-

**STIP. & [PROPOSED] ORDER**                          Case No. C 07-05497 JF

1  The Joint Pre-Trial Conference Statement in this matter is currently due from the parties
2  on December 5, 2008.  The parties request that the time for filing the Joint Pre-Trial Conference
3  Statement be continued one week, **to December 12, 2008**, based on the upcoming hearing on
4  Defendants' Motion for Summary Judgment, which is scheduled for December 5, 2008.  This
5  brief continuance is sought to allow the parties time to provide a Joint Pre-Trial Conference
6  Statement responsive to the Court's determination of defendants' summary judgment motion.

                                        So stipulated,

                                        RIMAC MARTIN, PC

DATED:  December 2, 2008       By:      /s/ KEVIN G. GILL
                                        KEVIN G. GILL
                                        Attorneys for Defendant
                                        MULTINATIONAL UNDERWRITERS, LLC


                                        STEPHENSON, ACQUISTO & COLMAN


DATED:  December 2, 2008       By:      _____
                                        LEO LUEVANOS
                                        Attorneys for Plaintiff
                                        STANFORD HOSPITAL & CLINICS


                              **[PROPOSED] ORDER**

   For good cause showing,  IT IS SO ORDERED that the date for filing of the Joint Pre-Trial Conference Statement shall be December 12, 2008.


Dated: _____    By:      _____
                                        UNITED STATES DISTRICT JUDGE

The Joint Pre-Trial Conference Statement in this matter is currently due from the parties on December 5, 2008. The parties request that the time for filing the Joint Pre-Trial Conference Statement be continued one week, **to December 12, 2008**, based on the upcoming hearing on Defendants' Motion for Summary Judgment, which is scheduled for December 5, 2008. This brief continuance is sought to allow the parties time to provide a Joint Pre-Trial Conference Statement responsive to the Court's determination of defendants' summary judgment motion.

So stipulated,

RIMAC MARTIN, PC

DATED: December 2, 2008     By: _____
KEVIN G. GILL
Attorneys for Defendant
MULTINATIONAL UNDERWRITERS, LLC

STEPHENSON, ACQUISTO & COLMAN

DATED: December 2, 2008     By: _____
LEO LUEVANOS
Attorneys for Plaintiff
STANFORD HOSPITAL & CLINICS

[PROPOSED] ORDER

For good cause showing, IT IS SO ORDERED that the date for filing of the Joint Pre-Trial Conference Statement shall be December 12, 2008.

Dated: 12/3/08     By: _____
UNITED STATES DISTRICT JUDGE

-2-

STIP. & [PROPOSED] ORDER                                    Case No. C 07-05497 JF