1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-filed 12/12/08**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS, | Case Number C-07-05497 JF (RS) |
| Plaintiff, | JUDGMENT |
| v. | |
| MULTINATIONAL UNDERWRITERS, INC., and DOES 1 THROUGH 25, INCLUSIVE | |
| Defendants. | |

Defendant Multinational Underwriters, Inc.'s motion for summary judgment having been granted, IT IS HEREBY ORDERED that judgment is entered for all Defendants.

The Clerk of the Court shall close the file.

DATED: December 12, 2008

_____

JEREMY FOGEL

United States District Court

Case No. C-07-5497 JF (RS)
JUDGMENT
(JFLC1)

1   This Judgment has been served upon the following persons:

2   Barry Sullivan      bsullivan@sacfirmonline.com, agrigorian@sacfirmonline.com

3   Eligio Jose Luevanos      lluevanos@sacfirmonline.com

4   Joseph M. Rimac      jrimac@rimacmartin.com

5   Joy Young Stephenson      jstephenson@sacfirmonline.com

6   Kevin Gregory Gill      kgill@rimacmartin.com, kplishke@rimacmartin.com William

7   Bernard Reilly      w_reilly@rimacmartin.com, arpibalian@rimacmartin.com,

8   kplishke@rimacmartin.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C-07-5497 (RS)
JUDGMENT
(JFLC1)